This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JACK G. SPENGLER,**

    Petitioner-Appellant,

v.                               **NO. 28,927**

**CYNTHIA M. SPENGLER,**

    Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Jerry H. Ritter, Jr., District Judge**

Jack G. Spengler
Lynchburg, VA

Pro Se Appellant

Roger E. Yarbro
Cloudcroft, NM

for Appellee

### MEMORANDUM OPINION

**KENNEDY, Judge.**

In this case, the final decree was entered on June 10, 2008. [RP 1365] On June 18, 2008, Petitioner filed a motion for a new trial pursuant to Rule 1-059 NMRA. [RP

1383] Petitioner's motion for a new trial was filed within ten days of the judgment and it asked the court to reconsider various conclusions of a law. Such a motion is deemed a Rule 1-059(E) motion to alter or amend the judgment. *See Albuquerque Redi-Mix, Inc. v. Scottsdale Ins. Co.*, 2007-NMSC-051, ¶¶ 7-10, 142 N.M. 527, 168 P.3d 99 (stating that a motion challenging a judgment, filed within ten days of the judgment, should be considered a Rule 1-059(E) motion to alter or amend a judgment). On August 19, 2008, believing that the Rule 1-059(E) motion was deemed denied by operation of law after thirty days, Petitioner filed a Notice of Appeal. [DS 1] The district court has not yet ruled on Petitioner's motion.

We issued a calendar notice proposing to dismiss the appeal based on the lack of a final order. *See Dickens v. LaurelHealth Care LLC*, No. 29,239, slip op. at ¶ 4, 7 (N.M. Ct. App. Jun. 18, 2009) (holding that the filing of a Rule 1-059(E) motion renders a judgment non-final for purposes of appeal and dismissing the appeal for lack of a final order). Petitioner has responded to our calendar notice and indicated that he does not oppose dismissal of the appeal so that the district court can enter a final order.

For these reasons, we dismiss the appeal.

**IT IS SO ORDERED.**

2

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____

**CYNTHIA A. FRY, Chief Judge**

_____

**CELIA FOY CASTILLO, Judge**